UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



TATIANA MIRONOVA,

                Plaintiff,

    v.

PASQUALE'S DAMARINO'S INC. *et al.*,

                Defendants.

13 Civ. 1663

**ORDER**

    Defendants move for summary judgment on all claims. Because plaintiff's claims involve disputed issues of material fact, the motion is denied.

    Plaintiff and defendants filed motions *in limine*. These motions are denied without prejudice to renewal at trial.

    In a footnote in plaintiff's motion *in limine*, plaintiff states that she has withdrawn her claims of discrimination and retaliation under the New York State Human Rights Law, the second and fourth causes of action in the complaint. Defendants object. Federal Rule of Civil Procedure 41(a) prevents a plaintiff from unilaterally withdrawing claims after defendants have filed a motion for summary judgment. If plaintiff wishes to withdraw these claims, she must move for a court order or seek a stipulation from defendants.

    Trial is set for Tuesday, April 22, 2014, at 10am.

    This order resolves the motions listed as document numbers 25, 40, and 46.

So ordered.

Dated: New York, New York
April 17, 2014

*[signature]*

Thomas P. Griesa
United States District Judge