UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TATIANA MIRONOVA,

                Plaintiff,                      13 **CIVIL** 1663 (TPG)

        -against-                              **JUDGMENT**

PASQUALE DAMARINO'S INC., PASQUALE
MARINO, and PETER ROSSIGNUOLO,
                Defendants.
------------------------------------------------------------X

       A Jury Trial before the Honorable Thomas P. Griesa, United States District Judge, having begun on April 22, 2014; on April 29, 2014, defendant Peter Rossignuolo having been dismissed from the action, and at the conclusion of the trial, on May 2, 2014, the jury having rendered a verdict in favor of the plaintiff for compensatory damages in the amount of $1,500,000.00, and punitive damages in the amount of $1,000,000.00 as against defendants Pasquale Damarino's Inc. and Pasquale Marino, it is,

       **ORDERED, ADJUDGED AND DECREED:** That defendant Peter Rossignuolo is dismissed from the action, and plaintiff have judgment in the sum of $2,500,000.00 as against the defendants Pasquale Damarino's Inc. and Pasquale Marino.

DATED: New York, New York
             May 6, 2014

                                                                **RUBY J. KRAJICK**
            So Ordered:                                      Clerk of Court

                                                     BY:
                          USDJ                                   Deputy Clerk

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/14

                                                        **THIS DOCUMENT WAS ENTERED ON THE DOCKET ON** _____