E4MBMIRT                    Trial

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    TATIANA MIRONOVA,

4                    Plaintiff,

5             v.                          13 CV 1663 (TPG)

6    PASQUALE'S DAMARINO'S, INC.,
     individually doing business as
7    Da Marino Ristorante Italiano,
     PASQUALE MARINO, individually,
8    and PETER ROSSIGNUOLO,
     individually,
9
                    Defendants.
10
     ------------------------------x
11                                       New York, N.Y.
                                         April 22, 2014
12                                       10:40 a.m.

13   Before:

14                    HON. THOMAS P. GRIESA,

15                                       District Judge

16                        APPEARANCES

17   ARCE LAW GROUP, PC
          Attorneys for Plaintiff
18   W. GORDON KAUPP

19   EPSTEIN BECKER & GREEN, P.C.
          Attorneys for Defendants
20   BRIAN G. CESARATTO
     IAN G. NANOS

21

22

23

24

25

E4MBMIRT                        Trial

1           (In robing room)

2           THE COURT:  Now, there was at least an initial report

3    as part of the case of a wage claim.  Has that been settled or

4    is that still in the case?

5           MR. CESARATTO:  It's been settled, your Honor.

6           MR. KAUPP:  That's right.

7           THE COURT:  All right.  Now, what I would propose is

8    to select eight jurors.

9           And, Jon, how many-- wait a minute.  Challenges.  I

10   think there's three challenges apiece.  So select eight jurors

11   and, according to my information, anyone sitting on the case

12   should count on sitting through to the end of next week.

13          The term that's used to describe the claim is "sexual

14   harassment," "sexual assault."  Now, I need to use those terms

15   in describing the case to the jury and introducing the case to

16   the jury panel, but under no circumstances will I get into

17   detail.  However, it could occur to a prospective juror the

18   issue of whether there was a rape.  I don't think there's a

19   claim of rape.

20          MR. KAUPP:  There is not.

21          THE COURT:  Then I think we're set to go out and

22   select the jury.

23          Anything else you want to talk about?

24          MR. CESARATTO:  Your Honor, not in terms of jury

25   selection.  I just want to know if we have an opportunity to

E4MBMIRT                        Trial

1    talk about some issues we have before opening.

2              THE COURT:  Right.  We will.

3              MR. CESARATTO:  Okay.

4              THE COURT:  See you outside.

5              (Continued on next page)

6              (Jury voir dire)

7              (In open court; jury not present)

8              THE COURT:  Let me put on the record something which

9    was the result of a lengthy off-the-record discussion, and I

10   want to put the result of that on the record now.  The

11   plaintiff has moved to amend the complaint to withdraw the

12   retaliation in paragraph-- sorry.  Sorry.  I won't try to find

13   the verdict.  The retaliation claim based upon a defamation

14   action.  Anyway, that's out of the case now.

15             Bring in the jury.

16             MR. KAUPP:  Your Honor, that issue arose because I was

17   asking for an order excluding reference to the dismissal of the

18   criminal matter and reference to or evidence concerning the

19   DA's credibility determination.

20             Is there a ruling on that motion to exclude that

21   evidence?

22             THE COURT:  I will exclude that evidence.

23             MR. CESARATTO:  Your Honor, I would just ask the

24   record to note a few things about our conversation.  First off,

25   that the plaintiff's motion was opposed by defense.  We have

E4MBMIRT                        Trial

1     litigated this case for well over a year.  The jury's impaneled

2     and this dismissal motion at the last minute is prejudicial to

3     the defense.

4             In addition to which the plaintiff in this case -- in

5     terms of the evidentiary piece, the plaintiff in this case went

6     to the police, testified at trial and testified in a manner

7     which is inconsistent with what her testimony is going to be.

8     And she's going to be cross-examined about that during the

9     trial.

10            THE COURT:  I don't know why we're spending time.  We

11    have a jury waiting to come in and there's no need for any

12    further discussion.  The ruling is made.  I granted the motion

13    to amend the complaint and the complaint is amended with

14    prejudice.

15            We're going to bring in the jury now.  And obviously

16    the plaintiff will be cross-examined in due course as well as

17    there will be other things in the trial.

18            Let's bring in the jury.

19            (Continued on next page)

20

21

22

23

24

25

1          (In open court; jury present)

2          THE COURT:  Let me give you some preliminary

3   instructions.  The order of the case is as follows:  Each

4   lawyer will give you an opening statement, obviously designed

5   to show you what the party-- the plaintiff and then the

6   defendant-- believes will be proved or will not be proved.

7   Then the plaintiff's case comes in and the plaintiff will call

8   witnesses and presumably introduce some exhibits and call

9   witnesses and conduct direct examination of the witnesses.  The

10  defense lawyer has a right to conduct cross-examination of

11  those same witnesses.

12          When the plaintiff's proof is all in or, as we say,

13  the plaintiff rests, then the defense has an opportunity to put

14  on a case.  It can happen that the plaintiff-- I mean the

15  defendant has an opportunity to put on a case.  It can happen

16  that the defense in a case believes that they have done all

17  that they need to do through cross-examining the other side's

18  witnesses.  But, in any event, the defense has an opportunity

19  to put on testimony and exhibits, conduct cross-examination of

20  the defense witnesses, and so forth.

21          After all the evidence is in, then the lawyers deliver

22  their summations.  And after the summations, then I give you

23  some instructions on the issues that you're to deal with and

24  then you will deliberate and reach your decisions on the issues

25  presented to you.

 1           We will generally start at 10:15 in the morning.

 2   We'll have an hour and a quarter for lunch, from 1 to 2:15, and

 3   then run from 2:15 to about 4:30.

 4           The main thing to do now is to concentrate.  We'll all

 5   concentrate on the case, hear the lawyers, and then hear the

 6   testimony.  Let us begin.

 7           MR. KAUPP:  Thank you, your Honor.  Ladies and

 8   gentlemen of the jury, my name is Gordon Kaupp.  I'm from the

 9   Arce Law Group.  I represent the plaintiff in this matter,

10   Tatiana Mironova.  I'll give a little bit more introduction in

11   a minute, but first I wanted to address you and address the

12   role that you are now in and being asked to play.

13           You are sitting as judges of the facts of this case.

14   You're sitting in judgment here today on the facts of the

15   dispute between Tatiana Mironova, Mr. Pasquale Marino,

16   Mr. Peter Rossignuolo, and Da Marino's Restaurant.  You are

17   fulfilling a civic duty.  You are fulfilling an essential part

18   of the functioning of our democracy coming in through the

19   judicial branch of the government to sit and resolve this

20   dispute today.

21           This is an awesome duty.  It's an important civic duty

22   and it's a solemn duty.  And I have no doubt that you will

23   fulfill that duty faithfully, that you will be fair and

24   impartial jurors, that you will listen to all of the evidence

25   in the case and not make up your mind until it's all in and

1    submitted to you for your consideration.  I know that you'll

2    give us your full attention and I know you'll be thoughtful as

3    you weigh the evidence.

4          Now, as I mentioned, I represent Tatiana Mironova,

5    who's seated in the front and to my left when I'm sitting at

6    the table.  Ms. Mironova -- or "Tatiana" as I'll call her -- is

7    28 years old.  She was born in the Soviet Union, now Russia.

8    There are 12 other countries that form the Soviet Union, all in

9    Eastern Europe.  She was born near the Moscow area.

10         She came here in the summer of 2006-- 2007 on a summer

11   vacation.  And after a little mishappen with her luggage coming

12   over, she ended up finally leaving the apartment after three

13   days, going to the beach, and she met her future husband, Roman

14   Zrazhevskiy.  He'll come in and testify to you as well.

15         So Ms. Mironova -- or "Tatiana" as I refer to her --

16   is the plaintiff.

17         All the way to my left at the table behind us is

18   Mr. Peter Rossignuolo.  He was partner to Pasquale Marino in

19   the restaurant.  He helped manage the restaurant.  He oversaw

20   the workers and the work that they did.  He helped with the

21   books, he helped with food ordering, wine ordering.  He was

22   Mr. Marino's right-hand man in running the restaurant.  He's

23   also a defendant in this case.

24         Mr. Pasquale Marino is seated to the right of him.  He

25   is the main defendant in this case in that the conduct that we

1   really will be talking about is his conduct.

2          And there's another defendant in the case and that's

3   the entity, the restaurant, DaMarino's Restaurant.  Pasquale's

4   Damarino's, Incorporated.  It's a restaurant right near Times

5   Square, almost right next to the Book of Mormon show.  I don't

6   know if you're familiar with that area, but that's where the

7   restaurant is.  It attracts a lot of celebreties and a lot of

8   tourists.  There's an exciting atmosphere at the restaurant and

9   in that area.

10          Another location that we'll talk about in the course

11   of this case is a Pearl Street apartment, an apartment

12   Mr. Marino maintained on Pearl Street.  We'll also talk about a

13   separate apartment that he had with his wife and child at the

14   Ritz Plaza, which is where they live and have lived during the

15   time period at issue here.  So you'll hear about the Ritz Plaza

16   as his residence.

17          You'll also hear about a house in Connecticut and

18   you'll hear about the inside of the restaurant, and we'll get

19   to that later.

20          Ladies and gentlemen, this case is about abuse of

21   power.  It's about a man who used his power to try to have sex

22   with the female employees that worked with him, who are mostly

23   young, very attractive, Eastern European women.  He would touch

24   them, he would make inappropriate comments to them, he would

25   whisper in their ears, and he would take control of the

1   restaurant and treat it however he wanted.

2          You will hear from four former employees who used to

3   work in the restaurant in the plaintiff's case here.  One will

4   be Tatiana Mironova.

5          Another will be Natalia Zemtsova.  She was a bartender

6   and waitress at DaMarino's Restaurant and she is from the

7   Ukraine.  No, she's from Russia.  Sorry.

8          You'll also hear from Yuliya Synyuk who worked at the

9   restaurant.  She's from the Ukraine.

10          You'll also hear from Genesis Wilson, who's from

11   Russia, and she worked at the restaurant.

12          All four of these women are no longer working there.

13   They're no longer under Mr. Marino's control.  And they will

14   tell you what it was like.  They will tell you that when they

15   went to their interviews, Mr. Marino was not interested in

16   talking to them about what they would be doing at work.  He was

17   interested in where they came from, where they were born, how

18   they supported themselves, what their immigration status was.

19   And he would use that information to leverage his power.

20          These women will tell you that the only criteria for

21   working at DaMarino's Restaurant was that you were pretty,

22   young, and that you could open a bottle of wine.  If you hit

23   those three, you got a job.

24          What these women will tell you is that from the very

25   beginning, he would start to make comments to them.  He would

1    whisper in their ears.  For most of them, the way it worked is

2    he would grab the back of their neck and pull, pull their neck

3    down to his lips and he would whisper in their ears as his lips

4    were touching their ears.  And at first the comments would be

5    "You're so hot.  You're beautiful.  I love your legs.  You look

6    so good in my restaurant."  Inappropriate comments.

7         There would be touching, tight hugs, touching of the

8    legs, the waist.  Very touchy.  The whispering would get worse.

9    "I want to make love to you.  I want to kiss you.  I want to

10   take you to the house in Connecticut and we can be naked.  You

11   can wear your bathing suit and be sexy."

12        And he would proposition them for sex.  He would tell

13   them he wanted sex in the office.  He would try to get them to

14   have sex with him at the Pearl Street apartment.

15        You will also see how he abused his power in another

16   way.  The women who he hired, these young women, Eastern

17   European women, had a deep sense of shame for the harassment

18   that they experienced.  And they will tell you that when they

19   went through this, they didn't want to discuss it with

20   anybody.  They wanted it to go away and they didn't want to

21   face it.

22        They will tell you that when they grew up, they heard

23   stories about women who were raped or sexually assaulted and

24   their husbands left them.  They will tell you that where

25   they're from, the police blamed the victims of sexual assault

1    for what happened and so they didn't think there was any help

2    to be had by going to the police here because they didn't know

3    any better.  They will tell you that their families ostracized

4    victims of sexual assault.

5            You will also hear evidence that after the first few

6    weeks is when Mr. Marino would really lay it on thick.  He'd be

7    really propositioning women, really trying to have sex with

8    them at that point.  And when they repeatedly refused and they

9    rejected his advances and tried to brush him off, they'll tell

10   you what happened.  They'll tell you that their shifts were cut

11   or they were changed from a Friday night, a Thursday night,

12   Saturday night shifts, when you made the most money, to a

13   Monday night or a Tuesday night, where you're not making any

14   money.

15           Yuliya Synyuk will tell you that he told her why it

16   was happening.  "Tatiana does stuff for me that you don't do.

17   I'm going to cut your shifts."  She's going to come and testify

18   to that.

19           In sum, the evidence will show that Mr. Marino treated

20   women like meat and that for them, Da Marino's was a lion's

21   den.  These women will paint the picture, they will show you

22   the atmosphere of what it was like to work at DaMarino's

23   Restaurant.  In legal terminology, they'll help prove it was a

24   hostile work environment.

25           But this case is about Tatiana Mironova.  It's about

1   what she did and how she had to work in this atmosphere.

2   Ms. Mironova will tell you that she responded to an ad on

3   Craigslist which called for a body shot and a head shot.

4   Photographs revealing her body, photographs showing her head.

5          She'll tell you that when she showed up at the

6   restaurant for the interview, Mr. Marino and Mr. Rossignuolo

7   were there to interview her and Mr. Marino had no interest in

8   her experience.  Mr. Rossignuolo was looking at her resume and

9   was asking her questions about her work experience.  Mr. Marino

10  on the other hand said "She's fine.  I can tell.  She's fine."

11         And then, after the interview, he had her wait and he

12  began to ask her private questions, like some of the ones I

13  told you:  "Where were you born?  Who pays your rent?  Where do

14  you live?  Do you have a boyfriend?"

15         He also told her "I have this apartment on Pearl

16  Street you can live in rent-free.  I have two women that live

17  there now, two waitresses, but I'll kick them out for you."

18         She also told him "I'm married."  And he said "I am,

19  too, and it doesn't matter."  But the fact that he was married

20  made her feel a little bit better.  Okay, he'll take his oath

21  seriously and he'll leave me alone.

22         Well, she showed up to work and, again, within the

23  first week of working there, he told her "It would be really

24  great if you could live at the Pearl Street apartment and work

25  here for me.  Rent-free.  Live there rent-free.  The only thing

1    I want to do is come by and party every once in a while," which

2    she took to mean have sex with her.  She refused and again she

3    told him she was married.

4         When she started, the whispering.  The comments about

5    how hot she was and her body and he'd love to kiss her and he'd

6    love to take her places, and the whispering got worse.  And it

7    began to get graphic and it began to include his fantasies.  On

8    one occasion he told her "I want to take you to Miami and have

9    sex with you on the beach."  But she refused and she found that

10   humor was the best way.  "Oh, you must be joking.  You can't be

11   serious."  And she would make a wisecrack and just try to

12   deflect him away but stay on his good side.  It was her boss.

13        Well, after a few weeks, a lot of people at the

14   restaurant were fired and he was looking for new waitresses.

15   Tatiana had worked with somebody at another place before who

16   had a girlfriend or a wife, and she told him "Da Marino's is

17   hiring."  Her name is Yuliya Synyuk.  She's one of the

18   witnesses you're going to hear from.  And she'll come in.

19        Well, what happened?  He hired her as a waitress, then

20   he started cutting Tatiana's shifts.  First he started shifting

21   her shifts and he gave Yuliya the Thursday, Friday, Saturday

22   shifts.  Mr. Marino will tell you she had seniority over those

23   shifts.  Tatiana had seniority for those shifts.  And he'll

24   say, Oh, she just gave them up for the worse shifts.  She just

25   wanted to work Monday and Tuesday and not make any money.

1        Well, Tatiana will tell you different.  She'll tell

2   you that those shifts were her bread and butter.  She'll tell

3   you that those shifts she worked for and wanted, but Yuliya

4   started getting them.

5        Tatiana confronted Mr. Marino.  "Why are you doing

6   this to me?  Why are you taking my shifts away?"  And he said,

7   "Tatiana, Yuliya kisses me and you don't.  Yuliya wears short

8   dresses and you don't."

9        I don't know that that was true because he said the

10  same thing to Yuliya when he changed her shifts and cut her

11  shifts.  "Tatiana does things that you don't do."  It wasn't

12  true, but he was playing them off each other.  They didn't know

13  it wasn't true.

14       And Tatiana was angry at Yuliya.  She ended her

15  friendship with her.  They weren't long friends, but they were

16  friendly.  And you'll see text messages to her husband and to

17  Yuliya herself right at the time this is happening.  And she

18  said "Mr. Marino is not interested in your bartending skills.

19  He's interested in something else."

20       And they're going to say she made this all up two

21  years later.  Well, right then she was upset about it.  Right

22  then is evidence that it was going on.

23       Unfortunately for Tatiana, this case does not end with

24  just sexual harassment at work.  It got much worse.  Mr. Marino

25  sexually assaulted Tatiana Mironova.  Twice.  The first time

1    was in May of 2010.  The bartender always stays late.  The

2    restaurant closes around 12:30.  The bar stays open later for

3    people to have drinks that come in after a show and sit down.

4    And the bartender is tasked with taking receipts at the end of

5    the night and all of the money from the register and putting

6    into an envelope.  It's the very last thing that happens.

7            Then you put it in the envelope, you walk down towards

8    the kitchen, make a right, you go through the kitchen, and you

9    go off down a hallway to the office.  And this is no office.

10   It's a cave, essentially.  A very small room, hot, maybe 8 feet

11   long, 4 feet width.  It's tiny.  And in there is a little

12   Dropbox mounted on the wall.  You put the envelope there.

13           Well, this night in May 2010, Mr. Marino started

14   asking Tatiana to do things he never asked her to do.  "Dust

15   over here.  Clean these glasses like this.  Do that."  All

16   things that he never cared about.  And as a result, it was

17   getting later and it was getting later.  Finally she did

18   everything he asked and now it was time to do the receipts.  It

19   was time to put the cash in the envelope.  She did it and she

20   realized there's nobody here.  She didn't even know if

21   Mr. Marino was there anymore.

22           So she goes down the hall, she brings the envelope.

23   She has to-- when you enter the office, there's a red pipe that

24   comes down.  You have to duck.  She had to duck to get under

25   it.  She had to walk past him.  And there's two chairs.

 1   There's barely any room to move when there's two chairs in this

 2   office.  She went past him, put the envelope in the Dropbox.

 3   "Tatiana, sit down."  She thought he's going to tell me more of

 4   his stories.  He loves to tell his stories.  He loves to

 5   complain about his wife.  Now I'm going to have to sit through

 6   this because he's my boss.

 7           So she sat down and he put his hand on her knee.  And

 8   then his hand started to go between her legs, up towards her

 9   thigh.  "Stop.  What are you doing?"  And she stood up.  And he

10   started to tell her what he was doing.  "Tatiana, I watch you

11   on the monitors.  You're so hot.  You're so pretty.  And when I

12   watch you in here, I masturbate and I think about you.  Tonight

13   I want you to be here for that."  That's what he told her.

14   "You don't have to have sex with me, but you're not leaving

15   until I do."  And behind him was the door and there was no way

16   around him.

17           And when he said "You don't have to watch," she turned

18   around, she grabbed her arms, and she faced the wall.  And he

19   unzipped the back of her dress and he began to put his hand

20   around her and he felt her breasts.  Then he started to

21   masturbate.  And as he was doing it, he was saying "You're so

22   beautiful.  I love you.  I adore you.  You're so beautiful.  I

23   love you.  I adore you."  And then he ejaculated on her back

24   and on her dress.  Then he finished and he said "You have no

25   rights.  You're an immigrant."  He said "If you tell anybody

1   about this, I'm going to tell your husband.  I'm going to

2   tell your family."  He knew what that meant and she knew what

3   that meant.  He said "I'm going to tell them you're a

4   prostitute."

5           She knew at that moment that if her husband found out,

6   he'd probably leave her.  Mr. Marino stepped aside and she ran.

7           I'll pick up again from there in a moment, but let me

8   tell that you before this night, Tatiana was already scared of

9   Mr. Marino.  He would get high and yell at his employees.

10  Shout, yelling "I own you.  I own the cockroaches in this

11  restaurant.  I own everything."

12          MR. CESARATTO:  Objection, your Honor.

13          THE COURT:  Overruled.

14          MR. KAUPP:  The evidence will show that he went up to

15  the bar and if he didn't like it, on occasions he would brush

16  his arm across the bar and knock the glasses on the ground,

17  breaking them.

18          He told Ms. Mironova she should be scared of him.  He

19  used to brag to her that he did prison time in Germany and then

20  would say --

21          MR. CESARATTO:  Objection, your Honor.

22          MR. KAUPP:  --"I'm a dangerous man."  And he would

23  say to her "I do what I say I'm going to do.  I follow

24  through."

25          So when he did this to her, and then he told her what

1    he was going to do if she told, she believed him.

2            So like I said, she ran out of the office, she went to

3    the bathroom, she got out of her dress.  Because she always

4    goes to work in jeans and a T-shirt.  She won't wear dresses

5    out on the street unless she's with her husband.  She ran out

6    of the restaurant and she didn't know what to do.

7            At that point her husband was living with his parents.

8    Well, his mother and stepfather.  His stepfather wasn't

9    thrilled about having guests, so she didn't stay there every

10   night so as not to intrude and upset him.  Sometimes she

11   stayed with a friend; sometimes she stayed with her husband.

12   That night she was supposed to stay with her husband, but she

13   called him up later and she said "I'm staying with my friend."

14   She went to her friend's house and her friend knew something

15   was wrong.  She told her "Everything's okay.  I got in a fight

16   with Roman," her husband.

17           The night that this happened was a Saturday.  She

18   wasn't going to work for a few days.  She didn't know what she

19   was going to do.  Am I going to go back?  But what if he tells?

20           Then he called her and he said to her "I won't touch

21   you.  I'll protect you.  Nothing's going to happen to you.  I

22   won't tell anyone, but you have to come back."  She did.  Fear.

23   Fear.  She was afraid.  It's the strongest human emotion.

24   Flight or fight.  Fear is about survival.

25           The defendants are going to take her to task for that,

1    for her survival skills kicking in.  They're going to say don't

2    believe her.  Who would do that?  She did.  She had good

3    reason.

4              She was also supporting her husband at the time who

5    wasn't working.  She didn't have anybody taking care of her.

6    She had to put the roof over her head.  Her husband wasn't

7    contributing.  That's why he was staying at his stepfather and

8    mother's house.

9              She also thought, Well, I think he knows he crossed

10   the line.  I think he knows.  He's not going to do this again.

11   That's what I want to believe.  So she returned to work and he

12   mostly left her alone for a little bit.

13             She ended up having a car accident on July 20th.  She

14   was recovering for a couple of months.  It was severe.  You'll

15   see the MRI records.  Disk bulges in her neck, disk bulges in

16   the back.  She had pain radiating down from her arm, shoulder

17   pain.  She couldn't work as a bartender like that.  She was

18   getting some disability and barely paying the bills.  But she

19   was getting better.  She was getting better.

20             And after about a month and a half, he called her.

21   Mr. Marino called her.  "When are you coming back, Tatiana?"

22   And she thought, He's not going to leave me alone.  And she

23   couldn't find another job anyway.  She was hurt.  She still had

24   a neck brace on most of the time.

25             So he said "Come to the restaurant.  I have a lot of

1  news.  There's stuff going on with the reality show and I want

2  to discuss your schedule."

3        Let me back up.  There was a time period -- like I

4  said, it was an exciting atmosphere over there.  There was the

5  idea of doing a reality show around DaMarino's Restaurant.

6  Da Marino, as some people called it.

7        And he said "I want to make you a star.  I want to put

8  you front and center.  When the cameras come down, I want them

9  first to see you, Tatiana.  You're going to be the center of

10  it."

11        Well, she went down to the restaurant and he brought

12  her back to the office.  And there was a declaration, a

13  four-page declaration, with just the signature page.  And he

14  said, "Sign it.  Now."

15        Prior to her accident, Mr. Marino's attorney, Albert

16  Breud -- and he'll come, they're going to call him as a

17  witness -- he showed up at the restaurant to ask employees

18  questions.  And Mr. Marino sat there listening to what his

19  employees said to the attorney.  And you'll hear that he asked

20  long questions full of detail with the answer already embedded

21  in it.  Isn't it right that... Wouldn't you say that...  And he

22  had these long, detailed questions.  And Tatiana knew how she

23  had to answer them.  And she saw Mr. Marino standing there

24  listening to her, so she gave the answers that she needed to

25  give to keep her job safe.

1          Well, fast-forward five, six months later, however

2     long it was, and now those statements have been put in writing.

3     Nobody told her these statements are going to be used in a

4     writing.

5          She said to him, "What if I don't sign it?"  "You

6     won't leave here."  Again, his back is to the door.  She's in

7     front of him in this small office.  She made a decision.  She

8     signed it and she left.  And he said "Thank you, Tatiana.

9     Thank you so much."  And then he said "You can come back

10    whenever you want."

11         She returned in mid-October and everything was

12    mostly okay.  The comments were still going on, the whispering

13    was still going on.  The touching, the low-grade sexual

14    harassment was still going on, but the really bad stuff wasn't

15    there until the end of November 2010.  Mr. Marino came to work

16    and he was in a foul mood.

17         Normally, she'll tell you, they'll probably all tell

18    you, he sings, he makes a big show of the restaurant.  But this

19    day she thought maybe he was sick.  He was quiet.  He was

20    grumpy.  She worked the shift and he left early.  He told her,

21    "Come drop the cash envelope off at my apartment after you

22    close."  This was something he had asked Bassil to do, an

23    employee, and I believe another employee, Rahim, would do this

24    on occasion when there was a lot of money in the envelope and

25    they didn't want to leave $4,000 sitting in the office.  One of

1    his employees would bring it up.

2           So she went over to the Ritz.  She went up 40 floors,

3    she knocked on the door, and it opened.  And there was

4    Mr. Marino in jeans with no shirt.  And he took the envelope

5    and then he grabbed her hand and he pulled her in.  And she was

6    frightened.  She was terrified.  And he saw it in her eyes and

7    he said "Don't be scared."  Of course she was.  She started

8    looking around.  Her eyes were darting.  She wanted to know who

9    else was here.  Was his wife here?  Was his child here?  Is

10   somebody here?  And she couldn't see anybody.

11          And he said, "I want to take you to the balcony and

12   show you the view."  And she's trying to buy time and see maybe

13   somebody's here.  And he started moving her along to the

14   balcony.  And they go outside and he starts to talk about the

15   view and she's playing along.  "Oh, I see."  And then he pushes

16   her from behind, right up against the railing that goes right

17   here, to her naval, and she's 40 floors up.  And he says, "If

18   you ever open your mouth, this is what will happen to you."

19   And then he pulls her back in and says "I'm just joking.  Ha,

20   ha, ha, ha," and he laughs.  This was the irrational, erratic

21   Pasquale Marino at the restaurant who would get high and go off

22   on his employees.

23          She went back inside and she's thinking, How do I get

24   out?  How do I get out?  And she noticed a bed, part of a bed

25   sticking out through a doorway, and she thought, I'm not going

1    in there.  And he said, "Come see my son's room."  And she took

2    a step and then she felt it.  He grabbed her hair and he yanked

3    it down and he forced her to her knees.  And then she felt her

4    jeans being pulled off and then she felt his penis against her

5    anus.  And something clicked and she pushed back hard and

6    knocked him down and she ran.  She ran out the door to the

7    elevators.  She couldn't find the staircase.  She hit the

8    button and she's panicked.  She thinks maybe he's going to come

9    after he me.  Maybe he's going to drag me back into the

10   apartment.

11         She's terrified.  She's waiting for this elevator.

12   She can't see the stairs.  And it comes and he didn't.  She got

13   on it and she went downstairs.  The next thing she's thinking,

14   Maybe he called the doorman.  Maybe he told him to hold me, to

15   wait for him to get down.  She runs out of the Ritz and she

16   starts running to the subway.  And she thinks, Maybe he's after

17   me still.  I can't go to the first subway.  That's too obvious.

18   He'll go to the first subway.  I can't go to the first.  She

19   ran to the second subway and she got on and she went home.

20         Again she had a few days off and she got calls.

21   Again.  This time not from Mr. Marino, but from two men that

22   worked in the restaurant, Francesco and Salvatore.  Francesco

23   called and said, "Tatiana, Pasquale is going to do what he said

24   he would."  Who knows if Francesco knew what that meant, but

25   Tatiana knew what it meant.  If you open your mouth, this is

1    what will happen to you.  Now her fear-- to add to the fear,

2    she was almost raped and he threatened to kill her.  And

3    Francesco is calling and saying return to the restaurant.  And

4    then Salvatore calls and says "Come back to the restaurant.

5    When do you come back?"

6         Her husband still didn't know.  And she was still

7    afraid if he found out, it would happen to her like it did in

8    Russia, and that he would leave her and that his family would

9    ostracize her.  And that if she went to the police, they would

10   do nothing for her but blame her.  And she'll tell you

11   Mr. Marino had police come into the restaurant and he would

12   feed them for free.  Why would the police here be any

13   different? she thought.  She'll tell you that in Russia,

14   whoever's got the most money, that's who wins.  She thought,

15   Why wouldn't they all know each other here, just like back

16   home?

17        She didn't go to the police.  But this time when she

18   went back, he didn't leave her alone.  This time when she went

19   back, he was yelling at her, he was picking fights with her.

20   He would just totally ignore her.

21        Then he put somebody behind the bar to watch her.  And

22   he would step on her toes and he would bump into her, he would

23   knock into her.  After about a week of this, she just couldn't

24   take it.  And she said "I can't.  I can't do this."  He said

25   "These are the new rules."  And she said "So I'll leave."  And

1    he said "So get out."  And she started to and Mr. Rossignuolo

2    stopped her and he said "Hey, hey, hey, just go back to work.

3    You know him, he has a bad temper.  Don't listen to him."

4          She didn't know what to do.  She went to the coat

5    check room and she cried.  She locked herself in the coat check

6    room.  She was there for some period of time.  Maybe she didn't

7    lock herself in, but she was in there crying.  The coat check

8    girl came and told her "Oh, you're a good person.  You should

9    go back to work."

10         She went outside and she called her husband, and her

11   husband said "Just leave."  And she said "How will we support

12   ourselves?"  He said "Just leave."  She did.  And she was still

13   scared he would come after her.  She was still scared he would

14   tell her husband and his family.

15         So what did she do?  She started sending e-mails to

16   him.  "Hey, everything's great.  I wish you peace and love.

17   Let's just smooth the waters.  Let me know that everything is

18   good between us and that you'll leave me alone, that you'll let

19   me go."

20         And they'll show you the e-mail.  Look, Tatiana wrote

21   "I wish you peace and love in this New Year."  That's supposed

22   to tell us something really big.  You know what it tells you?

23   She was still scared of him.

24         Then she tried to withdraw the declaration that she

25   submitted and didn't want to be submitted.  And she went to

E4MBMIRT                         Opening – Mr. Kaupp

1   Mr. Marino's lawyer and tried to meet with him to withdraw the

2   declaration.  And he didn't do it for her.  I don't remember

3   whether it was he wasn't working for him anymore or he just

4   said no.  You'll see the e-mail to the lawyer asking him.  She

5   wants to talk to him about her declaration.  He wouldn't do

6   it.

7            Then she went to another attorney and she talked to

8   him about withdrawing the declaration.  She told him mostly

9   what she went through.  He said "You've got to tell your

10  husband."

11           And Tatiana's husband was starting to figure out that

12  something wasn't right.  He was observing that there was

13  something pretty wrong with Tatiana.  And so she told him what

14  happened.  He was angry.  He was concerned.  And he told her,

15  "You have to go to the police.  I'll go with you to the

16  police."  And they did.  They went to the police.

17           Now, Tatiana also contacted Julia Vershineina, who

18  they'll call as a witness.  And she asked if Julia Vershineina

19  would also withdraw her declaration with her.  She didn't want

20  to be the only one withdrawing her declaration.  She thought

21  there might be a little safety in numbers here.  Maybe if

22  somebody else withdraws their declaration with me, it will give

23  me a little bit of comfort and some support in this.

24           And Julia said, "Well, if you withdraw your

25  declaration, it means you lied."  And she said "No, it doesn't

1   mean I lied.  It means I don't want to be involved."  Tatiana

2   was trying to distance herself from this whole thing.  This is

3   before she went to the police.  She was just trying to let it

4   go and put it in the past.

5           Now, you're going to hear Mr. Marino get up here and

6   say "Oh, she was stealing.  She was stealing tips.  She was

7   skimming cash.  She wasn't charging customers.  Oh, and she was

8   taking pictures of a customer's credit card."  Okay.  Well, he

9   testified, and you'll hear him say, "I saw her do it.  I saw

10  her in the restaurant.  She took a credit card, she went behind

11  a wall and I saw a flash with the credit card and I knew from

12  that flash that she took a picture of their credit card."

13          I said, oh, okay.  Did you go-- did you immediately go

14  and confront her and take the credit card away?  No.  Oh, did

15  you tell your customer that you think that maybe somebody just

16  took his credit card information and there might be theft?  No.

17  Okay.  Before the shift, did you go up to Tatiana and say, Show

18  me the pictures on your phone because I'm not going to let you

19  walk out of here with a picture of my customer's credit card

20  information?  How bad would that be for your restaurant?  No, I

21  didn't know I had the legal right.  Oh, okay.  Did you call the

22  police then to have them intervene and make sure she didn't

23  leave your restaurant with the customer's credit card

24  information?  Nope.  Okay.  So you just let it happen.  Okay.

25  That's what he'll tell you.

E4MBMIRT                    Opening – Mr. Kaupp

1           Then his wife comes in and says "I saw it, too.  I saw

2    it from the apartment in the Ritz Plaza where we have monitors

3    set up watching the restaurant.  I saw it twice."  Mr. Marino

4    saw it once, she saw it twice.  She's going ting to say she sat

5    there at the moment that Tatiana did this.  She was watching

6    the screen at that moment.

7           Well, what does Mr. Rossignuolo say?  He said that

8    Mr. Marino told him to call the security company because they

9    had problems.  That they hired the security company to be able

10   to view what was happening at the restaurant from the monitors

11   in their home.  And that because they couldn't see anything on

12   the monitors, that they had to get rid of the company.  Huh.

13   Okay.  That doesn't add up.

14          Then he's going to tell you that he talked to a

15   technician from the company that said they had the wrong cable.

16   It's incompatible.  It's not even possible to watch what's

17   happening at the restaurant from the monitors at Pearl Street.

18   But that's what Mrs. Marino took an oath and testified to.  And

19   these other -- the tips, the skimming, you'll see.  You'll see,

20   the witnesses will come.  It's the same thing.  Ms. Mironova

21   wasn't stealing any money.  And even if she was, it doesn't

22   give somebody a right to sexually assault them and sexually

23   harass them.  Maybe it gives you the right to fire them, but

24   not to do what he did.

25          So the evidence will show that Ms. Mironova, that

1   Tatiana, was subjected to unwanted sexual advances.  It will

2   show that he was grabbing her neck, whispering in her ear and

3   making these lewd comments.  The evidence will show that he

4   sexually assaulted her twice:  Once by trapping her in the

5   office and ejaculating on her back, and the second time in the

6   apartment where he almost raped her and threatened to kill her.

7           Now, Tatiana is deeply emotionally scarred.  We hired

8   an expert, Dr. Reich, to evaluate her, to figure out where are

9   these scars?  Where are these emotional scars?  What's their

10  extent?  What do you think, Doctor?  He'll tell you that she's

11  depressed.  He'll tell that you she still suffers from PTSD and

12  he'll tell that you she needs therapy to get over it.

13          Tatiana will tell you that after she told her husband,

14  a couple months later she took a trip to Russia where they have

15  free doctors, and she met with a Russian doctor and he

16  prescribed her Xanax.  She didn't take it, but he gave it to

17  her.  And he met with her and he evaluated her and he

18  determined something was wrong.  She tried everything she could

19  to get those records from here.  She even sent family.  But

20  they wouldn't release the records so I don't have those records

21  to show you.

22          But Dr. Reich will come and he will tell you.  He will

23  tell you that he met with her and he will tell you that he

24  evaluated her.  And they have an expert and their expert will

25  tell you our expert's no good.  They'll say he didn't consider

1   all these other explanations.  She's just making it up.  But

2   guess what?  They didn't give their expert any of the

3   declarations of the six or seven women who were also sexually

4   harassed by Mr. Marino.  He never considered that explanation.

5   But he does say in his report, if you believe her, her symptoms

6   are consistent with PTSD.  That's what their expert says.

7            They're also going to show you clips of the reality

8   show.  And they're going to say look at how happy she was

9   working at Da Marino's.  Here's what you'll learn about the

10  reality show.  Everybody had a role.  The scenes were

11  choreographed.  Tatiana was selling Da Marino's, the idea of

12  Da Marino's, to an audience.  And you'll see the rehearsals.

13  You'll see Mrs. Marino testify that she was given a script to

14  read off of and they're going to say it wasn't real.  Well,

15  except for Tatiana.  That part's real.  That's the part you're

16  supposed to take away from it, is that what she said to the

17  reality folks is true, but what they said, that's just

18  scriptive.

19           They're going to beat her up for going back to work.

20  They're going to beat her up for being scared and not knowing

21  what to do.  They're going to beat her up for being the sole

22  breadwinner and having to soldier through it and to put food on

23  the table.  She was looking for work and she couldn't find it.

24  She showed up, she made her money, she put on the game face

25  that she had to put on to make it through.

1          Finally, the defendants are going to tell that you

2     this is all one misunderstanding.  That this is just

3     Mr. Marino's personality.  He has a big heart.  He tells

4     everybody, "Hey, Bella, Bella, Bella," over and over and over

5     and he hugs and kisses and that this is all just a

6     misunderstanding.  I'll agree this is who he is, but that is

7     not the evidence.  It went way farther than "Bella" and a kiss

8     on the cheek and a hug.

9          Finally, at the end of trial, after you've heard all

10    of the evidence -- and I don't want you to make up your minds

11    until you've heard from everybody and seen everything -- I'm

12    going to ask you to return the only verdict that the evidence

13    here supports:  That Tatiana Mironova was subject to a hostile

14    work environment, that she was sexually harassed, that she was

15    sexually assaulted, that Mr. Rossignuolo was a manager who knew

16    what was going on and he looked the other way.

17         I'm going to ask you to do three things.  I'm going to

18    ask you to declare that what happened to her was wrong, that it

19    was illegal under the law that the judge gives you.  I'm going

20    to ask you to make her whole in the only way our system allows,

21    by paying her for the emotional suffering and the fear that she

22    experienced.  And if you determine that his conduct was

23    malicious or sadistic, I'm going to ask you to punish him

24    through punitive damages.  And not only to punish him, but to

25    deter him from doing it again and other people who hear about

1   your verdict from doing this to other women.

2           This is going to be my last chance to address you

3   before the closing arguments.  I'm going to call witnesses, and

4   you'll see my exchange with them.  Then I have to pretend you

5   don't really exist.  I'll see you in the hallways.  I don't

6   mean to be rude, but I can't talk to you.  I might just open

7   the door and hold the elevator, look the other way.  We're not

8   supposed to communicate with you after this until closing

9   argument.  So if you see me and I look the other way or I avert

10  my gaze, I'm not being rude.  I'm just trying not to do

11  anything improper, and I've instructed my client to act the

12  same.

13          And, finally, if you don't like me or if you think I

14  did a horrible job, don't take it out on my client.  This is

15  about whether it's right or it's wrong, not who has the best

16  lawyer, not who's most likeable.

17          Thank you for your time and your attention and your

18  commitment to fulfilling your duty as jurors.

19          THE COURT:  All right.  Defense.

20          MR. CESARATTO:  Your Honor, may I have a brief

21  sidebar.

22          THE COURT:  Let's have the opening.

23          MR. CESARATTO:  Good afternoon.  My name is Brian

24  Cesaratto and I, along with my colleague, Ian Nanos, work at a

25  law firm called Epstein Becker & Green.  We represent

1    Mr. Pasquale Marino, Mr. Peter Rossignuolo, and Da Marino's

2    Incorporated, which is the corporate entity that Mr. Marino

3    owns.

4            Before we get started and I tell you what I think the

5    evidence will --

6            A JUROR:  Judge, I have to go to the bathroom.

7            THE COURT:  Yes, of course.

8            A JUROR:  Thank you.

9            MR. CESARATTO:  Your Honor, I should wait until she

10   returns?

11           THE COURT:  Of course.

12           MR. CESARATTO:  Okay.  Thank you.

13           THE COURT:  Well, let's take an afternoon break.  It's

14   3:30.  We'll take a break.  Everybody take a break now.

15           MR. KAUPP:  Thank you, your Honor.

16           A JUROR:  How long, your Honor?

17           THE COURT:  Let's take as short as possible.  About

18   ten minutes.

19           (Recess)

20           MR. CESARATTO:  May I, your Honor?

21           THE COURT:  Yes.

22           MR. CESARATTO:  Thank you.

23           Since I'm not sure, I'm just going to pick up from the

24   beginning if it's okay with everyone.

25           My name is Brian Cesaratto.  This is my colleague, Ian

1   Nanos.  We're at a firm called Epstein Becker & Green and we

2   represent Pasquale Marino, Peter Rossignuolo, and Mr. Marino's

3   corporation, which is DaMarino's, Inc., which operates the

4   restaurant.

5        To start with, I want to tell you a little bit about

6   what the evidence will show in terms of Mr. Marino's background

7   and Mr. Rossignuolo's background as well as the restaurant.

8        Mr. Marino's been in the restaurant business his whole

9   life.  Started as a busboy when he was very young.  Born in

10  Italy.  He learned the restaurant business from the ground up.

11  He worked his way up, through the kitchen, to become a chef and

12  then he traveled in order to work at different restaurants.  He

13  traveled to Germany, he traveled to Rome.  And in Rome his

14  cooking got to be known.  He got in good restaurants.  He got a

15  following of customers in Rome and people started to come and

16  eat where he cooked.

17       One day a tourist from Manhattan traveled to Italy and

18  happened to eat in the restaurant where Mr. Marino was cooking.

19  He liked the food.  He met Mr. Marino.  They got to talking and

20  he said to Mr. Marino, I would like you to come to my

21  restaurant in New York City and be a chef for me.

22       Mr. Marino thought about it and he agreed.  He came to

23  New York to work as a chef at a restaurant, an Italian

24  restaurant in midtown in New York City, and that was back in

25  1994.

1           After a few years, the restaurant owner, who had a

2    second restaurant, spoke to Mr. Marino about essentially being

3    responsible for that restaurant.  That restaurant at the time

4    was known as Stellina.  And the owner suggested that

5    Mr. Marino-- that the name be changed from Stellina to

6    DaMarino's and it was.  And that's in 1996.

7           So the restaurant that you're going to hear testimony

8    about has been a place where Mr. Marino's been working either

9    as a chef or as the owner since 1996.  And that restaurant is

10   located on 49th Street between Eighth and Broadway in Manhattan

11   in the theater district.  It's an Italian restaurant.  It's

12   small.

13          And we have some pictures to show you so you get an

14   idea of what it looks like in terms of the tables and what it's

15   like.  This is the bar where Ms. Mironova worked and this bar

16   is as you first come into the restaurant.  Once we get this

17   picture turned around, these will be the tables where the

18   diners sit.  So we can just leave that up.

19          That's the size of the restaurant.  It's a very small

20   Italian restaurant.  It seats a total of 75 people.  It's an

21   intimate, small place that is down in a walk-down of a

22   building.  It's a place for good atmosphere.  There's a lot of

23   singing.  And Mr. Marino is the promoter for the restaurant.

24   He brings the customers in, he brings celebreties in, and

25   that's why the business is successful.  He's built it up based

1    on his relationships to get a good customer base.

2            He has a wife.  His wife's name is Izabela.  They have

3    a five-year-old son.  They live on 48th Street.  And Izabela

4    and his son, whose name is Henry, is in the restaurant almost

5    on a nightly basis.  When you're the wife of somebody who owns

6    an Italian restaurant, you don't have to cook at home.  You can

7    go to the restaurant to eat.  So she's in the restaurant

8    frequently.

9            Let me tell you a little bit about Peter Rossignuolo.

10   Peter was born in the same town as Mr. Marino in Italy.

11   They're related by marriage.  His sister's husband is

12   Mr. Marino's cousin.  And Mr. Rossignuolo, before he started

13   helping Mr. Marino at the restaurant, has done a bunch of

14   different things.  He owns pizzerias.  He's owned a wine

15   importing business.  He was the bureau clerk for the Department

16   of Sanitation in the City of New Rochelle, and he's a retired

17   corrections officer.  He retired on a disability after he was

18   injured in the line of duty.

19           At some point in 2008, Mr. Marino asked him for some

20   help for the back operations.  Mr. Marino takes care of getting

21   the customers in, the food, the atmosphere, the singing, the

22   dancing.  And Mr. Rossignuolo lent his expertise to things

23   Mr. Marino didn't do so well.  Those included paperwork.

24   Mr. Rossignuolo also had an expertise in how to purchase food

25   wholesale and to help out with the wine, since he had been in

1    the wine business.  He was not a manager of the restaurant.  He

2    was a person who provided services as an independent contractor

3    to help with the backroom operations.

4             Now, I want to turn a little bit to what I believe the

5    evidence will show in the trial and I want to make a point

6    about the attorneys' role.  What Mr. Kaupp says to you, what I

7    say to you, as attorneys, is not evidence.  The evidence that

8    you'll hear is from the witnesses and from the documents.  And

9    I ask that you focus in on the evidence and you keep an open

10   mind until you hear all of the evidence in this case.

11            As I talk to you about what I think the evidence will

12   show, I want you to hold me to my promises.  I'm going to make

13   certain promises to you as to what I believe the evidence will

14   show.  Mr. Kaupp in his opening made many promises to you about

15   what he believes the evidence will show.  I ask that you hold

16   me to my promises and that you hold Mr. Kaupp to his promises.

17            In a trial, the attorneys only get to speak to you

18   directly two times:  One is at opening and one is at closing,

19   after you hear all of the evidence.  During closing I'm going

20   to remind you that I asked you to hold me to my promise, and I

21   ask you to hold Mr. Kaupp to his promises.

22            Now I'm going to talk to you about what evidence you

23   will hear.  Ms. Mironova, the plaintiff, came to the United

24   States in 2007 on a J-1 visa.  It's not clear entirely, because

25   she didn't remember where she was supposed to work when she

1    arrived in the United States, but what we do know is that

2    within three or four days, she met her husband and within eight

3    months they were married.  Okay?  They were married.  No one

4    from his family attended the wedding ceremony.  And within a

5    few short months after that, she applied for and received a

6    green card to work in the United States.

7          She works in restaurants in Brighton Beach and

8    Manhattan until she applies to DaMarino's Restaurant in

9    September of 2009.  She was hired as a bartender and she

10   says -- and we'll play you a clip -- that the restaurant is a

11   great place to work and that she was a friend of the

12   restaurant.  She says that Mr. Marino and her had close

13   personalities and that they were alike in terms of being-- that

14   they wanted the best for the restaurant and the best for its

15   business.

16          In March of 2010, the restaurant is sued by some other

17   waitresses and wait staff, and the fact of that lawsuit is not

18   in dispute.  Mr. Marino hires an attorney to defend that case.

19   That attorney, whose name is Albert Breud, and you heard

20   Mr. Kaupp mention Albert Breud, does what does attorneys do:

21   He interviews the waitresses and waiters and others who work in

22   the restaurant, including the plaintiff, and he asked them What

23   do you know?  What can you tell me about this lawsuit?

24          And Ms. Mironova says there's nothing to that other

25   lawsuit.  She speaks with Mr. Breud.  Mr. Breud asks her

1    questions.  And she provides information to Mr. Breud in terms

2    of that other lawsuit.

3           And I'm going to play for you a clip of her deposition

4    testimony in this case where she says-- she talks about her

5    interview with Mr. Breud.

6           (Video played)

7           THE COURT:  I don't know that anybody else-- I can't

8    hear this.  I can't hear it.  Can you hear it?  I can't hear

9    this.

10          MR. CESARATTO:  I can hear it here, your Honor.  Is

11   there a way to turn up the volume?

12          THE COURT:  For me?

13          MR. CESARATTO:  For you, yes.

14          THE COURT:  Maybe there is.

15          A JUROR:  We have a problem here, also.

16          MR. KAUPP:  The jury can't hear it either, your Honor.

17          THE COURT:  You can or cannot?

18          A JUROR:  Cannot.

19          THE COURT:  Jon, let's help out.

20          THE DEPUTY CLERK:  Can you just play some snippet of

21   it so I can hear?

22          MR. CESARATTO:  Do you want us to play it?

23          THE DEPUTY CLERK:  Play anything just to get a volume

24   check.

25          (Video played)

1            MR. CESARATTO:  Is that good?

2            (Video played)

3            MR. CESARATTO:  After Ms. Mironova meets with

4    Mr. Breud and tells him "whatever I knew," she signed a

5    declaration under oath, under penalty of perjury, on September

6    30th, 2010.  And she said, under oath, "Additionally, while I

7    was employed at DaMarino, I never heard any female employee

8    complain that they were being sexually harassed by Pasquale

9    Marino or any other employee at DaMarino.  I never witnessed

10   any sexual harassment of female employees at DaMarino and I was

11   never sexually harassed while I worked there."

12           Okay.  Now, Mr. Kaupp said to you that Ms. Mironova

13   was forced to sign this declaration because Mr. Marino

14   threatened her with physical harm.  You'll see that at the top

15   of the page here is a fax notation that shows that this

16   declaration, signed by Ms. Mironova, was faxed on September

17   30th, 2010, out of a service center.

18           We will offer evidence -- and it's not disputed

19   because Ms. Mironova has stipulated -- that that service center

20   happens to be in Brighton Beach.  Brighton Beach where she met

21   her husband.  Brighton Beach where she worked for a time period

22   close to four months after she first got to the United States.

23   She also lived right near this service center.  She faxed this

24   from the service center.  And Mr. Breud, the lawyer, will come

25   in and testify that this was faxed to him.  Ms. Mironova signed

1    this.  She wasn't forced to sign it and she voluntarily

2    submitted it.

3              And you know why?  Because she was a friend of the

4    restaurant.  She was a friend of Mr. Marino.  Nothing happened

5    between them.  She liked where she worked.  She liked being a

6    bartender in a small Italian place in midtown, not out in

7    Brooklyn, not in Brighton Beach, but in the theater district

8    where she could work and get her shifts and earn good money and

9    she was happy.

10             Now, Mr. Kaupp has told you in his opening that prior

11   to this, Ms. Mironova was sexually assaulted in the office.

12   And what he's also said to you is that she was sexually

13   assaulted in November of 2010.  Specifically-- and this is

14   about holding people to their promises-- he said to you that

15   she was sexually assaulted in late November 2010.

16             As you hear the evidence in this case, I want you to

17   remember that because Ms. Mironova said at a different time, in

18   a different place, that that's not when it happened.  She's

19   given multiple dates on multiple occasions to multiple people

20   about when this purported sexual assault in November of 2010

21   occurred.

22             And as you listen to the testimony, what I'd ask you

23   to focus in on is what Ms. Mironova said.  This is something

24   Ms. Mironova said, her September 30th declaration, under oath.

25   The same oath as when she gets up on that stand.  This is what

1   she said to this very court, the United States District Court,

2   the Southern District of New York:  "I never witnessed any

3   sexual harassment of female employees at Da Marino's."

4           Now Mr. Kaupp wants to come in and parade before you a

5   number of witnesses who say, No, Ms. Mironova was lying.  She

6   was lying under oath back on September 30th.  She can't have it

7   both ways.  She can't have it both ways.  She can't say to you

8   and say to this Court on September 30th I was never sexually

9   harassed while I worked there, and then come in under oath in

10  this trial and say, essentially, Oh, I didn't mean it.  I

11  didn't mean my oath the first time around.  You should believe

12  me this time.

13          No, that's not the way it works.  So as you listen to

14  the testimony, focus in on what Ms. Mironova said.  The details

15  are all off.  She switches her story.  Dates change, details

16  change.  People who are truly sexually assaulted, as she says

17  she was, do not change dates --

18          MR. KAUPP:  Objection, your Honor.

19          MR. CESARATTO:  They do not change where things occur.

20          MR. KAUPP:  Objection.

21          MR. CESARATTO:  So as you listen to the testimony,

22  focus in on that.

23          Now, I want to talk to you about an event that

24  occurred on November 7th at the restaurant.  So you've already

25  heard that Ms. Mironova is going to claim that she was sexually

E4MBMIRT                    Opening - Mr. Kaupp

1    assaulted in May 2010.  And there's no dispute that she came

2    back to work after that.  And there's no dispute that she was

3    out over the summer of 2010 and then came back to work after

4    her injuries.

5           And on November 7th she invited her husband's mother,

6    her mother-in-law, her husband's grandparents, her husband and

7    herself for a birthday celebration.  And where do you think

8    that birthday celebration occurred?  It occurred at DaMarino's

9    Restaurant.  So here's a woman who said I'm sexually harassed

10   back in May, yet I want to have my family and my husband come

11   to the restaurant for a birthday celebration.

12          And it gets better.  It gets better.  You're going to

13   hear testimony that she asked Mr. Marino if that dinner could

14   be on the house.  And it was.  He paid for the dinner.  Her

15   family ate for free in the restaurant.  These two things

16   don't-- they don't add up.

17          Now, as to the termination, as we get into December of

18   2010, Ms. Mironova wants to make this all about her, that

19   somehow Mr. Marino put an employee behind the bar to cause

20   issues with her.  Well, let me tell you about the employee.

21   The employee, whose name is Jawad Arif -- and he's going to

22   come in and testify -- was a busboy.  But he's not an ordinary

23   busboy.  He's got a business administration in information

24   systems.  And to Mr. Marino it made sense that Mr. Arif would

25   handle the cash register and do the accounting.  Okay?  And he

E4MBMIRT                    Opening – Mr. Kaupp

1    put Mr. Arif behind the bar to man the restaurant-- to man the

2    cash register.

3            And just so you understand how it works, the wait

4    staff -- after they give the customer the bill and the customer

5    pays, the wait staff takes that check, the customer's check,

6    and any cash up to the bar.  And previously the bartenders took

7    care of the cash register.  Not just Ms. Mironova, the other

8    bartenders.

9            Mr. Marino decided he wanted a different system.  He

10   wanted Mr. Arif to handle the cash.  Okay?  Mr. Arif starts to

11   work behind the bar.  And at the same time, Mr. Marino starts

12   to hear complaints from other waiters and from the wait staff

13   that tip money is missing, because the tip box is also behind

14   the bar.  And typically what would happen is after the change

15   is made, the money is put in the tip box which is behind the

16   bar.

17           He had concerns.  The waiters and waitresses were

18   complaining.  The floor captain was complaining.  And

19   Mr. Marino said I don't want to deal with these complaints.

20   I'm going to solve the whole problem.  I'm going to put

21   Mr. Arif, who can help me with the accounting, behind the bar

22   to work the cash register.  Ms. Mironova can still work the

23   bar.  And that's what happened.

24           Remember I showed you that picture of the bar?  Well,

25   it's a big bar.  Originally the cash register was in the middle

1   of the bar.  And Ms. Mironova complained that Mr. Arif was

2   stepping on her toes, getting in her way.  Mr. Marino-- and she

3   complained to Mr. Marino.  Mr. Marino said, Fine, I'm going to

4   move the cash register all the way down to the other end of the

5   bar.  You'll have this whole section of the bar to serve your

6   customers, do your bartending.  Mr. Arif, he's going to stand

7   in the corner and he's just going to work the register.  And

8   that's what happened.

9         And Ms. Mironova continued to complain.  She continued

10  to complain and Mr. Marino said, Look, this is the new rule.

11  This is the way I want it done.  And she said, Well, if this is

12  the new rule, I quit.  And that was her last day at the

13  restaurant.

14        Now, you heard Mr. Kaupp say that Ms. Mironova was

15  terrified of Mr. Marino.  He promised you he would show you

16  that.  After Ms. Mironova leaves her job at the restaurant,

17  where do you think she applies for a position?  Well, within a

18  few days she goes right next door and applies for a position at

19  the restaurant right next door to Mr. Marino's restaurant.  If

20  she had gotten that job, she would have seen Mr. Marino day in

21  and day out for as long as she worked there.  That's not

22  consistent with somebody who's terrified of somebody.  That's

23  not at all.

24        Now, after her termination-- I'll show you this in a

25  minute-- Ms. Mironova wrote a friend of hers.  This is Julia

1  Vershineina.  They were friends.  They did live together for a

2  time.  They had a text message exchange within days of the

3  termination.  So now Ms. Mironova is terminated, no longer

4  working at the restaurant, and she has a text message exchange

5  with her friend.  Let's see what she says.

6      If we could put that up.  Okay.  Hopefully everybody

7  can see it.

8      In this text message, which Ms. Mironova doesn't

9  dispute she says, she says, "As myself, I don't want to testify

10  to anything.  I don't want to be in it."  And "Me," who is

11  Julia, says "If you are taking it back"-- meaning "it" is the

12  declaration, the September 30th declaration-- "it means you

13  lied."  And Ms. Mironova says "No.  It is mean I don't want to

14  participate in it."

15      And then she says, as to the same September 30th

16  declaration that she submitted under oath previously in this

17  court, "I don't say I lied.  But after I did the declaration,

18  time past and things happened."  Well, you know what happened,

19  is a few days earlier she got terminated.  That's all that

20  changed.  She's saying here I didn't lie at all.  My September

21  30th declaration was true.  This is on December 21st.

22      Now, Mr. Kaupp made mention to a text message exchange

23  with Mr. Marino where he says that Ms. Mironova -- who's still

24  afraid of Mr. Marino, but he didn't mention to you that she

25  applied to the restaurant next door to work -- wishes him

E4MBMIRT                    Opening - Mr. Kaupp

1    "Peace and love in the New Year."

2              So let's put that up on the screen.

3              Okay.  So let me just give you the background of what

4    the evidence will show about this.  After Ms. Mironova was

5    terminated, she came back into the restaurant and Izabela

6    Marino -- who she was very friendly with, by the way -- was

7    eating dinner.  And she came to Mrs. Marino, and she said at

8    the dinner table, "You know your husband's having affairs."

9    She didn't say, You know your husband assaulted me.  You know

10   your husband sexually assaulted me twice.  She said "Your

11   husband's having affairs."

12             And Ms. Marino, sitting with friends, became very

13   upset, started to cry, and went into the office and

14   Ms. Mironova was asked to leave the restaurant.

15             So the day after she writes to Mr. Marino, "I am so

16   sorry I cause this problem today.  I love Izabela.  I don't

17   understand why she is mad at me.  I didn't tell her anything

18   special.  I am sorry for coming."  And she also says "Your

19   relationship is not my business."  And, lastly, "I believe in

20   God and if did anything wrong, he will judge me.  As New Year

21   present, I wish you find peace and true love."

22             Now, one of the things you're going to do as jurors is

23   you're going to weigh each piece of evidence.  And I ask as you

24   think about this during the case, is this consistent with

25   somebody who says they've been sexually assaulted, not once,

1    but twice, that you wish the person you said did this horrible

2    thing to you peace and true love as the New Year's present?

3            Now, lastly, so you get a little bit more about the

4    flavor of this, we're going to play for you a clip from the

5    reality show.  So there was a reality show that was at the

6    restaurant.  And we don't disagree, by the way, that parts of

7    the reality show were made more dramatic than they needed to

8    be, but the differences here-- and I want you, before you watch

9    the video -- because, again, it's all about holding me to my

10   promise and holding Mr. Kaupp to his promise.  Ms. Mironova

11   testified at her deposition that what she said in the video was

12   true.  It wasn't dramatic, wasn't false, wasn't all phonied up

13   to try to sell.  It was true.

14           So let's see what she said was true when she was

15   working at the restaurant.

16           MR. KAUPP:  Objection to the characterization and to

17   the reference of the clip.  It's out of context.

18           (Video played)

19           MR. CESARATTO:  Okay.  So that's what Ms. Mironova

20   said on a video that she said was true when she was, as she

21   said, friends with the restaurant.

22           So I'm going to close with that, but I want to leave

23   you with one thing that's important.  As you hear the

24   testimony, I'd like you to focus in on what Ms. Mironova said

25   because Ms. Mironova can't escape what she said.  She can't

E4MBMIRT                     Opening - Mr. Kaupp

1  undo what she said in the past.  She's stuck with it, including

2  her statements under oath.

3          And I echo Mr. Kaupp's words that you do a great

4  service.  And maybe you're going to sit for a couple of weeks

5  and that's a fairly long time.  I ask that you keep an open

6  mind and you listen to all of the evidence.  I submit to you

7  that after you hear all of the evidence, you'll return a

8  verdict that's in favor of Mr. Marino and Mr. Rossignuolo and

9  the restaurant that they never discriminated against her at

10 all.

11         Thank you.

12         THE COURT:  We're in recess now until 10:15 tomorrow.

13 Please be back at 10:15.  Thank you very much.

14         (Jury excused)

15         (Trial adjourned to April 23, 2014, at 10:15 a.m.)

16

17

18

19

20

21

22

23

24

25